## HAWKINS V. THE STATE.

(Decided Jan. 9, 1912.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. No error in the record. Affirmed.

---

## HUDGINS V. THE STATE.

(Decided Jan. 18, 1912.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed on motion.

---

## JONES V. THE STATE.

(Decided Dec. 10, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, for the State.

Per curiam. No error of record. Affirmed.